IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mobley, Charles

Printed: 2/6/07

Case Number: 06 B 16966
Judge: Doyle, Carol A
Filed: 12/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: February 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Community Investment Corp. | Secured | 0.00 | 0.00 |
| 2. | Community Investment Corp. | Secured | 0.00 | 0.00 |
| 3. | Greater Chicago Finance | Secured | 7,660.44 | 0.00 |
| 4. | Monterey Financial Services | Secured | 600.00 | 0.00 |
| 5. | Community Investment Corp. | Secured | 70,806.00 | 0.00 |
| 6. | Community Investment Corp. | Secured | 3,934.28 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 3,763.17 | 0.00 |
| 8. | Carson Pirie Scott & Co | Unsecured | 701.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 2,457.58 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 2,178.00 | 0.00 |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Tribute | Unsecured |  | No Claim Filed |
| 13. | Global Payments | Unsecured |  | No Claim Filed |
| 14. | Ledford & Wu | Unsecured |  | No Claim Filed |
| 15. | Premier Bank | Unsecured |  | No Claim Filed |
| 16. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 17. | Specialized Management Consultants | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 92,100.47 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mobley, Charles

Printed:  2/6/07

Case Number:  06 B 16966
Judge:  Doyle, Carol A
Filed:  12/21/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_