UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| Mobley, Charles ) | | Case No. 06-16966-CAD |
| ) | | |
| Debtor(s). ) | | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 742, CHICAGO, IL  60604

   On: **April 17, 2008**          Time:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $773,617.08 |
   | Disbursements | $753,465.37 |
   | Net Cash Available for Distribution | $20,151.71 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | PHILIP V. MARTINO | $0.00 | $41,930.85 | $0.00 |

*Trustee Compensation*

| | | | |
|---|---|---|---|
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $25,865.00 | $640.25 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $840.00 | $0.00 |

This estate is administratively insolvent, resulting in approximately 29.09% pro rata distribution to administrative claimants.

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $17,037.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Peoples Gas Light & Coke Co. | $2,178.00 | $0.00 |
| 000003 | Smc/Carson Pirie Scott | $701.00 | $0.00 |
| 000004 | City Of Chicago | $3,763.17 | $0.00 |
| 000007 | Com Ed | $2,457.58 | $0.00 |
| 000008A | Aronson Furniture | $597.92 | $0.00 |
| 000009 | Peoples Gas Light & Coke Co. | $2,996.21 | $0.00 |
| 000010 | City Of Chicago Dept Of Revenue | $4,343.17 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **March 13, 2008**               For the Court,

                                By:  **KENNETH S. GARDNER**
                                     CLERK OF THE COURT

Trustee:     Philip V. Martino
Address:     203 North Lasalle Street
             Suite 1800
             Chicago, IL  60601
Phone No.:   (312) 368-2165

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1            User: amcc7                 Page 1 of 1          Date Rcvd: Mar 13, 2008
Case: 06-16966                  Form ID: pdf002             Total Served: 20

The following entities were served by first class mail on Mar 15, 2008.
 db           +Charles Mobley,    3058 W. 47th Street,    Chicago, IL 60632-2544
 aty          +Colleen E McManus,    DLA Piper US LLP,    203 N LaSalle Street,    Suite 1900,
                Chicago, IL 60601-1263
 aty          +DLA Piper US LLP,    203 N LaSalle Street,    Ste 1900,    Chicago, IL 60601-1263
 aty          +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,    Suite 1900,
                Chicago, IL 60601-1263
 tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
                Chicago, IL 60601-1264
11074908      +Aronson Furniture,    Menerey Financial Svc,    4095 Avenida Dela Plata,    Oceanside Ca 92056-5802
11320861       CITY OF CHICAGO DEPT. OF REVENUE, BANKRUPTCY UNIT,    P O Box A3542,    Chicago, IL 60690-3542
11074909       Capital One,    PO Box 85520,    Internal Zip 12030-163,    Richmond, VA 23285-5520
11074910      +City of Chicago,    Chicago Department of Revnue,    PO Box A3542,    Chicago, IL 60690-3542
11074912       Community Investment Corporation,    222 S. Riverside Plaza Ste. 2200,    Chicago, IL 60606-6109
11074913      +Global Payments Check RE,    7050 Union Park Center,    Midvale, UT 84047-4169
11074914      +Greater Chicago Finance,    8331 W. Roosevelt Rd.,    Forest Park, IL 60130-2529
11074915       HB/Carsons,    3455 Highway 80 W,    Jackson, MS 39209-7202
11074916      +Ledford & Wu,    200 S Michigan Ave. Ste. 201,    Chicago, IL 60604-2407
11074917      +Peoples Gas,    130 E. Randolph,    Chicago, IL 60601-6302
11098815      +Peoples Gas Light & Coke Co.,    130 E Randolph Drive,    Chicago, IL 60601-6207
11074918      +Premier Bank,    1210 Central Avenue,    Wilmette, IL 60091-2568
11100410      +SMC c/o HSBC Bank Nevada, NA - Carson Pirie Scott,    PO Box 19249,    Sugar Land, TX 77496-9249
11074920      +Tribute/FBOFD,    PO Box 105555,    Atlanta, GA 30348-5555

The following entities were served by electronic transmission on Mar 14, 2008.
11074911      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Com Ed,
                System Credit/Bankruptcy Dept.,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Eric E Walker
11074919       Specialized Management Consultants,    address unknown
11186420*     +Peoples Gas Light & Coke Co.,    130 E Randolph Drive,    Chicago, IL 60601-6207
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**          **Signature:** *Joseph Speetjens*