In the U.S Bankruptcy Court Northern District of Illinois Eastern Division

IN RE Mobley Charles
Debtor

06 B16966
Judge Doyle
Chapter 7 (Converted)

Objection to to Trustee's Final Report

1) Trustee's Fees where paid on closing of sell of property at 5660 S. Emerald February, 27 2007.

1) Several creditor's figures for payment are not accurate.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 17 2008
KENNETH S. GARDNER, CLERK
PS REP. - RD

Charles Mobley   04-17-08