UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| Mobley, Charles ) | |
| ) | |
| ) | CASE NO. 06-16966-CAD |
| ) | |
| ) | |
| Debtor(s). ) | Hon. CAROL A. DOYLE |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To:   THE HONORABLE CAROL A. DOYLE
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

5/14/08                                    /s/ Philip V. Martino
DATE                                       Philip V. Martino, Trustee

CHGO1\31213785.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Mobley, Charles | ) | Case No. 06-16966-CAD |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

### DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $20,162.64 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $20,162.64 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $69,276.65 | 29.10 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $41,931.40 | $12,203.93 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $25,865.00 | $7,527.89 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $640.25 | $186.34 |
| | Popowcer Katten, Ltd. Accountant for Trustee Fees | $840.00 | $244.48 |
| | **CLASS TOTALS** | **$69,276.65** | **$20,162.64** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 17,037.05 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000008A | Aronson Furniture General Unsecured 726 | $597.92 | $0.00 |
| 000004 | City Of Chicago General Unsecured 726 | $3,763.17 | $0.00 |
| 000010 | City Of Chicago Dept Of Revenue General Unsecured 726 | $4,343.17 | $0.00 |
| 000007 | Com Ed General Unsecured 726 | $2,457.58 | $0.00 |
| 000009 | Peoples Gas Light & Coke Co. General Unsecured 726 | $2,996.21 | $0.00 |
| 000002 | Peoples Gas Light & Coke Co. General Unsecured 726 | $2,178.00 | $0.00 |
| 000003 | Smc/Carson Pirie Scott General Unsecured 726 | $701.00 | $0.00 |
| | **CLASS TOTALS** | **$17,037.05** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

4

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  4/18/08                              /s/ Philip V. Martino
                                             Philip V. Martino, Trustee

5

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Mobley, Charles | ) | Case No. 06-16966-CAD |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised;

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $41,931.40 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $41,931.40 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 17th day of April, 2008

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

CHGO1\31145827.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )        Chapter 7
                                          )        Case No. 06 B 16966
CHARLES MOBLEY,                           )
                                          )        Hon. Carol A. Doyle
         Debtor,                          )

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expenses is allowed as follows:

POPOWCER KATTEN LTD.
*Accountant for Trustee*
| | | |
|---|---|---|
| a. | Compensation | $840.00 |
| b. | Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 17TH day of April

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

CH60\31145606.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 06 B 16966 |
| CHARLES MOBLEY, ) | |
| ) | Hon. Carol A. Doyle |
| Debtor, ) | |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF
COSTS INCURRED IN CONNECTION WITH
THE FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF DLA PIPER US LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF CHARLES MOBLEY**

This cause coming to be heard on the First and Final Fee Application of DLA Piper US LLP as Attorneys for Philip V. Martino, Trustee for the Bankruptcy Estate of Charles Mobley (the "**Application**"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1. That in the Application, DLA Piper US LLP sought the allowance of $25,865.00 for 65.70 hours of actual, necessary and valuable professional services rendered to the Trustee from February 6, 2007 through the end of this bankruptcy; AND

2. That in the Application, DLA Piper US LLP sought reimbursement of necessary costs incurred in the amount of $640.25;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

A. That the Court allows $ _25,865.00_ as compensation to DLA Piper US LLP for actual, necessary and valuable professional services rendered to the Trustee from July 12, 2006 through the end of this bankruptcy; and

B.   That the Court allows $ __640.25__ as reimbursement to DLA Piper US LLP for necessary costs incurred; and

C.   That this matter is a core proceeding.

Dated: __April 17__ 2008

ENTERED:

_____
Honorable Carol A. Doyle

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-16966 -CAD
Case Name: Mobley, Charles
Taxpayer ID No: \*\*\*\*\*\*\*7314
For Period Ending: 06/25/08

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*5851 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

Page: 1

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/07 | | Corvax Holdings, LLC | | 4110-000 | 20,000.00 | | 20,000.00 |
| 03/30/07 | | COMMUNITY INVESTMENT CORPORATION | Memo Amount: ( 717,441.63 ) Secured Loan Repayments | 3510-000 | | | 20,019.69 |
| 04/30/07 | | INVESTMENT PROPERTY ADVISORS | Memo Amount: ( 12,750.00 ) Broker's Commission | | | | 20,036.15 |
| 05/31/07 | | UTILITIES/TAXES/ETC. | Memo Amount: ( 14,273.74 ) Prorations and other closing costs | 8500-000 | | | 20,053.16 |
| 06/29/07 | | CORVAX HOLDINGS, LLC | Memo Amount: 773,465.37 Sale of 5601 S. Emerald | 1210-000 | | | 20,069.63 |
| 07/31/07 | | OTHER CLOSING PRORATIONS | Memo Amount: ( 9,000.00 ) other closing prorations | 2500-000 | | | 20,086.68 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.69 | | 20,097.73 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.46 | | 20,110.53 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.01 | | 20,123.35 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.47 | | 20,134.10 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.05 | | 20,143.73 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.05 | | 20,151.71 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 12.80 | | 20,156.50 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 12.82 | | 20,161.26 |
| 04/11/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 10.75 | | 20,162.64 |
| | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 9.63 | | |
| | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 7.98 | | |
| | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.79 | | |
| | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.76 | | |
| | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.38 | | |
| 04/11/08 | 10 | Transfer to Acct #\*\*\*\*\*\*\*5987 | Final Posting Transfer | 9999-000 | | 20,162.64 | 0.00 |

Page Subtotals    20,162.64    20,162.64

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-16966 -CAD
Case Name: Mobley, Charles
Taxpayer ID No: *******7314
For Period Ending: 06/25/08

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******5851 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 20,162.64 | 20,162.64 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 20,162.64 | |
| | | | Subtotal | | 20,162.64 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,162.64 | 0.00 | |

Memo Allocation Receipts:           773,465.37
Memo Allocation Disbursements:      753,465.37
Memo Allocation Net:                 20,000.00

Page Subtotals    0.00    0.00

Ver: 12.63
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 06-16966 -CAD | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Mobley, Charles | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******7314 | Account Number / CD #: | *******5987 BofA - Checking Account |
| For Period Ending: | 06/25/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 04/11/08 | | Transfer from Acct #*******5851 | Transfer In From MMA Account | | 9999-000 | 20,162.64 | | 20,162.64 |
| 04/18/08 | 003001 | Popower Katten, Ltd. | | | 3410-000 | | 244.48 | 19,918.16 |
| 04/18/08 | 003002 | DLA Piper US LLP | | | 3110-000 | | 7,714.23 | 12,203.93 |
| | | | Fees | 7,527.89 | | | | 12,203.93 |
| | | | Expenses | 186.34 | 3120-000 | | | 12,203.93 |
| 04/18/08 | 003003 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | | 2100-000 | | 12,203.93 | 0.00 |

| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 20,162.64 | 20,162.64 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 20,162.64 | 0.00 |
| | | | Subtotal | | 0.00 | 20,162.64 |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | 0.00 |
| | | | Net | | 0.00 | 20,162.64 |

| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| Total Allocation Receipts: | 773,465.37 | TOTAL - ALL ACCOUNTS | | | | | |
| Total Allocation Disbursements: | 753,465.37 | BofA - Money Market Account - *******5851 | | | 20,162.64 | 0.00 | 0.00 |
| | | BofA - Checking Account - *******5987 | | | 0.00 | 20,162.64 | 0.00 |
| Total Memo Allocation Net: | 20,000.00 | | | | 20,162.64 | 20,162.64 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 20,162.64 20,162.64

LFORM24                                                                                                          Ver: 12.63